| **Information to identify the case:** | | |
|---|---|---|
| Debtor | **Orchid Hospice INC.**<br>Name | EIN **46–5336160** |
| United States Bankruptcy Court **Eastern District of California**<br>Case number: **22–10687 – B – 7** | | Date case filed for chapter **7: 4/21/22** |

Official Form 309C (For Corporations or Partnerships)   10/20

# Notice of Chapter 7 Bankruptcy Case – No Proof of Claim Deadline

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Orchid Hospice INC. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3014 Union Avenue<br>Bakersfield, CA 93305 | |
| 4. | **Debtor's attorney**<br>Name and address | Neil E. Schwartz<br>730 21st Street<br>Bakersfield, CA 93301 | Contact phone: 661–326–1122 |
| 5. | **Bankruptcy trustee**<br>Name and address | Jeffrey M. Vetter<br>PO Box 2424<br>Bakersfield, CA 93303 | Contact phone: (661) 809–6806 |
| 6. | **Bankruptcy clerk's office**<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Robert E. Coyle United States Courthouse<br>2500 Tulare Street, Suite 2501<br>Fresno, CA 93721–1318 | Hours: M–F 9:00 AM – 4:00 PM<br>www.caeb.uscourts.gov<br>Phone: (559) 499–5800<br>Date: 4/25/22 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **June 10, 2022 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors are required to bring government issued photo identification and proof of social security number to the meeting of creditors.** | Location:<br><br>**This meeting is being held telephonically. For telephonic information please go to www.caeb.uscourts.gov** |
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 10. | **Options to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov or debtors can register for DeBN by filing form EDC 3–321 Debtor's Electronic Noticing Request (DeBN) with the Clerk of Court. Both options are FREE and allow the Clerk to quickly send you court–issued notices and orders by email. | |

Official Form 309C (For Corporations or Partnership) **Notice of Chapter 7 Bankruptcy Case – No Proof of Claim Deadline**     page 1