Neil E. Schwartz State Bar No. 215002
**The Law Offices of Neil E. Schwartz**
730 21st Street
Bakersfield, CA 93301
(661) 326-1122 Telephone
(661) 748-1929 Facsimile
NSchwartz@bakersfieldbankruptcy.com E-mail

Attorney for Debtor
**Orchid Hospice INC.**

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re: | Case No: 2022-10687 |
| **Orchid Hospice INC.,** | Chapter 7 |
|     Debtor | |

**<u>DECLARATION OF DEBTOR IN REFERENCE TO PATIENT CARE OMBUDSMAN</u>**

I, Josephine Garant, hereby declare and state as follows:

1. I have personal knowledge of the facts set forth herein, I am over 18 years of age and if called upon as a witness, I could and would competently testify thereto in a court of law.

2. I was the President of Orchid Hospice INC.

3. Orchid Hospice INC. was closed in February 2022, as per Exhibit A.

4. Orchid Hospice INC. will not require an Ombudsman as the business is not providing services for any patients.

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: May 4, 2022

                                                   Josephine Granat, President
                                                   Orchid Hospice INC.

-1-